# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 12-43755-ERW |
|---|---|---|
| | § | |
| ROMMEL N. MAGSINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 12/04/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/06/2013              By:   /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-43755-ERW
§
ROMMEL N. MAGSINO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,737.00
*and approved disbursements of* $1,453.98
*leaving a balance on hand of[1]:* $4,283.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | ReCasa Financial Group, LLC | $143,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $4,283.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,078.05 | $0.00 | $1,078.05 |
| David P. Leibowitz, Trustee Expenses | $3.26 | $0.00 | $3.26 |

Total to be paid for chapter 7 administrative expenses: $1,081.31
Remaining balance: $3,201.71

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,201.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,201.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,479.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $33,128.25 | $0.00 | $1,946.91 |
| 2 | Capital One, N.A. | $1,104.51 | $0.00 | $64.91 |
| 3 | Portfolio Recovery Associates, LLC successor to ILLINOIS MASONIC CHARITIES | $10,978.56 | $0.00 | $645.20 |
| 4a | ReCasa Financial Group, LLC | $9,268.43 | $0.00 | $544.69 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,201.71 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-43755-ERW
Rommel N. Magsino                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt              Page 1 of 1                  Date Rcvd: Nov 07, 2013
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2013.
```
db        +Rommel N. Magsino,   916 W. Parker Dr.,   Schaumburg, IL 60194-4230
20321879   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19652084   Capital One Bank, N.A.- Unsecured,   P.O. Box 6492,   Carol Stream, IL 60197-6492
20494236   Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19652076  +Codilis & Associates- Secured,   15W030 N. Frontage Rd., Ste. 100,   Burr Ridge, IL 60527-6921
19652078  +Coman & Anderson- Secured,   650 Warrenville Rd., Ste. 500,   Lisle, IL 60532-4318
19652072  +Debtor:   Rommel N. Magsino,   Address:   916 W. Parker Dr.,   Schaumburg, IL 60194-4230
19652075   GMAC Mortgage- Secured,   P.O. Box 79135,   Phoeniz, AZ 85062-9135
19652079   Mercedes Benz Financial- Secured,   P.O. Box 9001680,   Louisville, KY 40290-1680
19797211   Mercedes-Benz Financial Services USA LLC f/k/a DCF,   c/o BK Servicing, LLC,   PO Box 131265,
            Roseville, MN 55113-0011
19652081   Nordstrom Bank- Unsecured,   P.O. Box 79134,   Phoenix, AZ 85062-9134
20634866 ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court:   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
20653188  +ReCasa Financial Group, LLC,   c/o Coman & Anderson, P.C.,   650 Warrenville Road, Suite 500,
            Lisle, IL 60532-4318
19652077  +Recasa Financial Group- Secured,   130 E. Chestnut St., Ste. 200,   Columbus, OH 43215-2598
19652082   U.S. Bank- Unsecured,   P.O. Box 6344,   Fargo, ND 58125-6344
19652083  +West Asset Management- Unsecured,   2829 Westown Pkwy., Ste. 200,
            West Des Moines, IA 50266-1314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19652073  +E-mail/Text: sebgado@gmail.com Nov 08 2013 01:01:17      Attorney:   Steven E. Barleben,
            Address:   3830 N. Ashland Ave.,   Chicago, IL 60613-2708
19652080   E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2013 01:01:18      Kohl's- Unsecured,
            Box 2983,   Milwaukee, WI 53201-2983
                                                                                              TOTAL: 2
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19652071    Creditor Matrix
19652074    Creditors:
20634867* ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court:   Portfolio Recovery Associates, LLC,
            successor to ILLINOIS MASONIC CHARITIES,   POB 41067,   Norfolk VA 23541)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
```
          David J Frankel    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA
           LLC dfrankel@sormanfrankel.com,    bbehanna@sormanfrankel.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    GMAC Mortgage, LLC (successor by merger to GMAC
           Mortgage Corporation) ND-Four@il.cslegal.com
          Steven E Barleben    on behalf of Debtor Rommel N. Magsino sbarleben@msn.com
                                                                                              TOTAL: 5
```