**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-43755-ERW |
| | § | |
| ROMMEL N. MAGSINO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $379,052.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,201.71 | Claims Discharged Without Payment: | $55,454.04 |
| Total Expenses of Administration: | $1,110.47 | | |

3) Total gross receipts of $5,737.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,424.82 (see **Exhibit 2**), yielded net receipts of $4,312.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $486,590.00 | $143,000.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,110.47 | $1,110.47 | $1,110.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $46,954.00 | $54,479.75 | $54,479.75 | $3,201.71 |
| **Total Disbursements** | $533,544.00 | $198,590.22 | $55,590.22 | $4,312.18 |

4). This case was originally filed under chapter 7 on 11/02/2012. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2014               By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | $5,737.00 |
| **TOTAL GROSS RECEIPTS** | | $5,737.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ROMMEL MAGSINO | Exemptions | 8100-002 | $1,424.82 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,424.82 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ReCasa Financial Group, LLC | 4110-000 | $126,458.00 | $143,000.00 | $0.00 | $0.00 |
| | GMAC Mortgage | 4110-000 | $288,175.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes Benz Financial | 4110-000 | $71,957.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $486,590.00 | $143,000.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,078.05 | $1,078.05 | $1,078.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.26 | $3.26 | $3.26 |
| Green Bank | 2600-000 | NA | $29.16 | $29.16 | $29.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,110.47 | $1,110.47 | $1,110.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $31,625.00 | $33,128.25 | $33,128.25 | $1,946.91 |
| 2 | Capital One, N.A. | 7100-900 | $1,016.00 | $1,104.51 | $1,104.51 | $64.91 |
| 3 | Portfolio Recovery Associates, LLC successor to ILLINOIS MASONIC CHARITIES | 7100-900 | $10,137.00 | $10,978.56 | $10,978.56 | $645.20 |
| 4a | ReCasa Financial Group, LLC | 7100-000 | $0.00 | $9,268.43 | $9,268.43 | $544.69 |
|  | Nordstrom Bank | 7100-000 | $4,176.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $46,954.00 | $54,479.75 | $54,479.75 | $3,201.71 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 12-43755-ERW | |
| **Case Name:** | MAGSINO, ROMMEL N. | |
| **For the Period Ending:** | 12/23/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/02/2012 (f) |
| **§341(a) Meeting Date:** | 01/03/2013 |
| **Claims Bar Date:** | 06/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single Family Residence 916 W. Parker Dr. Schaumburg, IL | $180,000.00 | $0.00 | | $0.00 | FA |
| 2  Single Family Residence Chicago, IL | $100,000.00 | $0.00 | | $0.00 | FA |
| 3  Leydon CU Cking. Acct.- Franklin Park, IL | $621.00 | $0.00 | | $0.00 | FA |
| 4  Cash Money- 916 W. Parker Dr. | $50.00 | $0.00 | | $0.00 | FA |
| 5  Furniture, tv, appliances, utensils- 916 W. Parker Dr. | $900.00 | $0.00 | | $0.00 | FA |
| 6  Leydon CU Shares Acct.- Franklin Park, IL | $664.00 | $0.00 | | $0.00 | FA |
| 7  Misc. clothes- 916 W. Parker Dr. | $300.00 | $0.00 | | $0.00 | FA |
| 8  Ring, watch- 916 W. Parker Dr. | $100.00 | $0.00 | | $0.00 | FA |
| 9  .357 & .44 handguns- 916 W. Parker Dr. | $150.00 | $0.00 | | $0.00 | FA |
| 10  '08 Mercedes Benz S550- 916 Parker Dr. | $38,389.00 | $0.00 | | $0.00 | FA |
| 11  Flying Food Services 401(k) plan- Los Angeles, CA | $54,978.00 | $0.00 | | $0.00 | FA |
| 12  '03 Mercedes Benz ML320- 916 Parker Dr | $2,400.00 | $0.00 | | $0.00 | FA |
| 13  Tax Refund | $0.00 | $5,237.00 | | $5,737.00 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $378,552.00 | $5,237.00 | | $5,737.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/01/2014 | • TDR submitted to UST on April 9, 2014 11:26 a.m. under incorrect case 5210946623 ROSS TDR LEIBOWITZ. TDR to be resubmitted and Form 3 updated. |
| 04/09/2014 | TDR Sent to UST office for review and approval. |
| 06/14/2013 | claims bar date 6/26/2013

TFR to be completed then. |
| 03/27/2013 | Portion of tax refund sent to Debtor. |
| 03/26/2013 | Review Claims and Prepare TFR |
| 03/25/2013 | Prepare entitled portion check from tax refund to debtor (s) |
| 03/04/2013 | IRS has already released refund to the Debtor sent email to Debtor's attorney for copy of return |
| 02/14/2013 | 2012 Tax Refund $5737

Not Exempt

DA should turnover |
| 02/04/2013 | 341 held 1/3/13 – Trustee requested amended schedules to reflect debtor's actual budget and expenses. He also requested copy of 2012 tax return. Debtor made approximately $80,000.00 per year and Trustee must know whether he qualifies for a Chapter 7. If this information cannot be provided, Debtor is required to appear on February 7, 2013 at 4:00 p.m. |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

Exhibit 8

| Case No.: | 12-43755-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MAGSINO, ROMMEL N. | Date Filed (f) or Converted (c): | 11/02/2012 (f) |
| For the Period Ending: | 12/23/2014 | §341(a) Meeting Date: | 01/03/2013 |
| | | Claims Bar Date: | 06/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**  12/31/2013

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 12-43755-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAGSINO, ROMMEL N. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1875 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2013 | (13) | ROMMEL MAGSINO | Tax refund tendered by Debtor. | 1124-000 | $5,737.00 | | $5,737.00 |
| 03/26/2013 | 3001 | ROMMEL MAGSINO | Claimed exemptions and entitled portion of tax refund. | 8100-002 | | $1,424.82 | $4,312.18 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.79 | $4,310.39 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.80 | $4,303.59 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.39 | $4,296.20 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.26 | $4,289.94 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.92 | $4,283.02 |
| 12/04/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,078.05 | $3,204.97 |
| 12/04/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.26 | $3,201.71 |
| 12/04/2013 | 3004 | ReCasa Financial Group, LLC | Claim #: 4; Amount Claimed: 9,268.43; Amount Allowed: 9,268.43; Distribution Dividend: 5.88; | 7100-000 | | $544.69 | $2,657.02 |
| 12/04/2013 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 33,128.25; Amount Allowed: 33,128.25; Distribution Dividend: 5.88; | 7100-900 | | $1,946.91 | $710.11 |
| 12/04/2013 | 3006 | Capital One, N.A. | Claim #: 2; Amount Claimed: 1,104.51; Amount Allowed: 1,104.51; Distribution Dividend: 5.88; | 7100-900 | | $64.91 | $645.20 |
| 12/04/2013 | 3007 | Portfolio Recovery Associates, LLC successor | Claim #: 3; Amount Claimed: 10,978.56; Amount Allowed: 10,978.56; Distribution Dividend: 5.88; | 7100-900 | | $645.20 | $0.00 |
| | | | **TOTALS:** | | $5,737.00 | $5,737.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,737.00 | $5,737.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,424.82 | |
| | | | **Net** | | $5,737.00 | $4,312.18 | |

| For the period of 11/2/2012 to 12/23/2014 | | For the entire history of the account between 03/25/2013 to 12/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,737.00 | Total Compensable Receipts: | $5,737.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,737.00 | Total Comp/Non Comp Receipts: | $5,737.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,312.18 | Total Compensable Disbursements: | $4,312.18 |
| Total Non-Compensable Disbursements: | $1,424.82 | Total Non-Compensable Disbursements: | $1,424.82 |
| Total Comp/Non Comp Disbursements: | $5,737.00 | Total Comp/Non Comp Disbursements: | $5,737.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 12-43755-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MAGSINO, ROMMEL N. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1875 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,737.00 | $5,737.00 | $0.00 |

**For the period of 11/2/2012 to 12/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,737.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,737.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,312.18 |
| Total Non-Compensable Disbursements: | $1,424.82 |
| Total Comp/Non Comp Disbursements: | $5,737.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/02/2012 to 12/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,737.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,737.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,312.18 |
| Total Non-Compensable Disbursements: | $1,424.82 |
| Total Comp/Non Comp Disbursements: | $5,737.00 |
| Total Internal/Transfer Disbursements: | $0.00 |